**Opinion filed October 6, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00202-CV

_____

## SEAGRAVES INDEPENDENT SCHOOL DISTRICT, Appellant

## V.

## SANDIA CONSTRUCTION, INC., Appellee

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 16-02-17225**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that the parties to this appeal "have reached an agreement to settle and compromise their differences in the suit." The parties' settlement agreement is attached to Appellant's motion to dismiss. Appellant desires to have the trial court effectuate the settlement agreement and prays that we grant its motion to dismiss the

appeal. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1), (a)(2)(C). Appellant has certified that Appellee does not oppose the motion.

We grant the motion, dismiss the appeal, and remand the cause to the trial court to effectuate the parties' settlement agreement.

PER CURIAM

October 6, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.